# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>14–14200–mkn</u>
**Chapter 13**
**Adversary Proceeding Number** <u>14–01112–mkn</u>
**Appeal Reference Number** <u>14–61</u>
**BAP Number**
**USDC Number** <u>14–cv–01604–JCM</u>

In re:
   AYDIN T ONER , Debtor(s)

---

AYDIN T ONER, Plaintiff(s)

vs

CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION et al., Defendant(s)

---

AYDIN T. ONER , Appellant(s)

vs

CITIMORTGAGE, INC., NATIONAL DEFAULT SERVICING CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION AND
SETERUS, INC.; AND OCWEN LOAN SERVICING, INC. , Appellee(s)

---

### CERTIFICATE OF READINESS

TO:   ☐ CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
   ☒ CLERK OF THE UNITED STATES DISTRICT COURT

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete. The record will be so transmitted upon request from the Clerk of the United States District Court.

Dated: 1/5/15

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court