UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br>AYDIN T. ONER,<br>　　　　　　　　Debtor.<br><br>AYDIN T. ONER,<br>　　　　　　　　Plaintiff(s)/Appellant,<br>　　v.<br>CITIMORTGAGE, INC. and NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br>　　　　　　　　Defendant(s)/Appellees. | Bk Case No. 14-14200-mkn<br>Chapter 13 (Dismissed)<br><br>Adv. Proceeding 14-011112-mkn<br><br>Case No. 2:14-CV-1604 JCM<br><br>ORDER |

Presently before the court is *pro se* appellant Adin T. Oner's motion to extend time to file brief. (Doc. # 18). Appellees have not filed a response.

Appellant's opening brief was due January 24, 2015. Appellant represents that he is proceeding *pro se* and works full time and that English is not his first language. Appellant asks for an extension up to and including February 9, 2015, to file and serve his opening brief.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   Good cause appearing,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that appellant Adin T.
3   Oner's motion to extend time to file brief (doc. # 18) be, and the same hereby is, GRANTED.
4   Appellant shall have **up to and including February 9, 2015**, to file and serve his opening brief.

5   DATED January 28, 2015.

6   _____
7   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -