Inst #: 20150109-0001674
Fees: $20.00
N/C Fee: $0.00
01/09/2015 11:37:33 AM
Receipt #: 2277278
Requestor:
LSI TITLE AGENCY INC.
Recorded By: LEX   Pgs: 4
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

# RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# __138-27-211-021__

(11 digit Assessor's Parcel Number may be obtained at: http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
(DO NOT Abbreviate)

**SHERIFF'S CERTIFICATE OF SALE OF REAL PROPERTY**

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**
FEDERAL NATIONAL MORTGAGE ASSOCIATION

**RETURN TO:** Name __McCarthy & Holthus, LLP__

Address __9510 W. Sahara Ave., Ste. 200__

City/State/Zip __Las Vegas, NV 89117__

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

Name __Seterus, Inc.__

Address __14523 SW Millikan Way, Suite 200__

City/State/Zip __Beaverton, OR 97005__

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

Electronically Filed
12/26/2014 12:38:32 PM

CLERK OF THE COURT

1  Kristin A. Schuler-Hintz, Esq., SBN 7171
2  McCarthy & Holthus, LLP
   9510 W. Sahara, Suite 200
3  Las Vegas, NV 89117
   Phone (702) 685-0329
4  Fax (866) 339-5691
5  NVJUD@mccarthyholthus.com

IN THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF CLARK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

v.

AYDIN T. ONER; COUNTRYWIDE DOCUMENT CUSTODY SERVICES, A DIVISION OF TREASURY BANK, N.A.; DOES I-X; and ROES 1-10 inclusive,

    Defendants.

Case No. A-12-667674-C
Dept.: XXX

**SHERIFF'S CERTIFICATE OF SALE OF REAL PROPERTY**

Under, and by virtue of a writ of execution issued on a judgment entered out of the above entitled Court, on 5/21/2013 in favor of FEDERAL NATIONAL MORTGAGE ASSOCIATION, Plaintiff, and against the Defendants, the undersigned was commanded to satisfy such judgment, together with interest and costs, out of the real property all of which more fully appears from such writ of execution.

I, **LT. G. JASON FLIPPO**, Deputy Sheriff of Clark County, State of Nevada, do hereby certify that I have levied on 1212 Pacific Terrace Drive, Las Vegas, NV 89128, and on 12/11/2014 at 09:15am, caused to be sold at public auction, according to the statutes of the State of Nevada, and after due and legal notice, all the right, title and interest of the Defendant, AYDIN T. ONER herein, in and to the following described real property located in the County

NV-12-524916-JUD

of Clark, State of Nevada as follows:

APN: 138-27-211-021

PARCEL ONE (1): LOT FORTY-THREE (43) IN BLOCK ONE (1) OF RIDGEVIEW WEST - UNIT 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 48 OF PLATS, PAGE 53, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. PARCEL TWO (2): TOGETHER WITH A CROSS-EASEMENT, IF ANY, FOR SIDEYARD PURPOSES OVER THAT PORTIO OF THE LOT ADJACENT WITH AND CONTIGUOUS TO THE HEREIN DESCRIBED LOT, AS DELINEATED ON SAID PLAT MAP.

That all of the interest of 1212 Pacific Terrace Drive, Las Vegas, NV 89128 was purchased for the sum of Two Hundred Twenty-Five Thousand Five Hundred Thirty-Eight Hundred Dollars and Thirty-Five Cents ($225,538.35) by Cory Anderlohr for Nationwide for McCarthy & Holthus, LLP on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, who was the highest bidder. That said property is subject to redemption within one year of the date of sale.

Dated this 18th day of December, 2014.

CLARK COUNTY SHERIFF

By: D. Flippo, PN 5734

Lt. G. Jason Flippo
Sheriff's Civil Section

COUNTY OF CLARK )
                ) SS
STATE OF NEVADA )

On this 18th day of December, 2014 there appeared before me, who is known to me, and who acknowledged to me that he executed the Sheriff's Certificate of Sale set forth herein, and who acknowledged that the information contained therein is true and that executed his signature thereon freely and voluntarily for the purposes set forth therein.

CATHERINE LEVY
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 02-05-17
Certificate No: 01-67766-1

Notary Public

NV-12-524916-JUD