GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel: (702) 258-8200
Fax: (702) 258-8787

Attorneys for Defendants *National Default Servicing Corporation* and *CitiMortgage, Inc.*

E-filed on February 20, 2015

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Aydin T. Oner,<br>    Debtor. | BK Case No. 14-14200-mkn<br>Chapter 13 (Dismissed) |
| Aydin T. Oner<br>    Plaintiff,<br>-vs-<br>CitiMortgage, Inc., and National Default Servicing Corporation, et al.,<br>    Defendants. | Adv. Proceeding No.: 14-01112-mkn<br><br>Case no.: 2:14-cv-01604-JCM<br><br>**DEFENDANTS NATIONAL DEFAULT SERVICING CORPORATION'S AND CITIMORTGAGE, INC.'S JOINDER TO AMENDED APPELLEES FEDERAL NATIONAL MORTGAGE ASSOCIATION INC.'S AND SETERUS, INC.'S OPPOSITION TO APPELLANT'S MOTION TO HOLD APPEAL IN ABEYANCE** |
| Aydin T Oner<br>    Appellant,<br>vs.<br>CitiMortgage, Inc., National Default Servicing Corporation; Federal National Mortgage Association and Seterus, Inc., and Ocwen Loan Servicing, Inc.<br>    Appellees. | |

Comes now, Gregory L. Wilde, Esq., of the law firm of Tiffany & Bosco, P.A., as counsel of record for Defendants National Default Servicing Corporation and CitiMortgage, Inc., and hereby files this Joinder to Amended Appellees Federal National Mortgage Association, Inc. and Seterus, Inc.'s Opposition to the Appellant's Motion to Hold Appeal in Abeyance dated

/ / /

- 1 -

February 10, 2015 ("Motion for Abeyance").

DATED this 17th day of February, 2012.

**TIFFANY & BOSCO, P.A.**

/s/ Gregory L. Wilde, Esq.
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
212 S. Jones Blvd.
Las Vegas NV 89107
Attorney for Defendants *National Default Servicing Corporation* and *CitiMortgage, Inc.*

- 2 -

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Tiffany & Bosco, P.A. and that on February 20, 2015, I served the foregoing **DEFENDANTS NATIONAL DEFAULT SERVICING CORPORATION'S AND CITIMORTGAGE, INC.'S JOINDER TO AMENDED APPELLEES FEDERAL NATIONAL MORTGAGE ASSOCIATION INC.'S AND SETERUS, INC.'S OPPOSITION TO APPELLANT'S MOTION TO HOLD APPEAL IN ABEYANCE** to the Clerk's Office using the CM/ECF System for filing transmittal of a Notice of Electronic Filing and to all counsel in this matter; and to the following:

**Via United States First Class Mail**

Aydin T Oner
3733 Misty Falls Street
Las Vegas, NV 89129

Raymond Jereza, Esq.
Wright Finlay & Zak, LLP
5532 S. Fort Apache Road, Ste 110
Las Vegas, NV 89148

                                          /s/ Jessie Giordano
                                          An employee of Tiffany & Bosco, P.A.