AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Aydin T. Oner

Plaintiff /Appellant

**JUDGMENT IN A CIVIL CASE**

V.

Federal National Mortgage Association, et al.,

Case Number: 2:14-cv-01604-JCM

Defendants /Appellees

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Defendants/Appellees Federal National Mortgage Association, Seterus, Inc., Ocwen Loan Servicing, Inc., CitiMortgage, Inc., and National Default Servicing Corporation and against Plaintiff/Appellant Aydin T. Oner.

March 13, 2015　　　　　　　　　　　　　　　　　/s/ Lance S. Wilson

Date　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shelly Denson

　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk