UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: AYDIN T. ONER,<br><br>    Debtor,<br><br>———<br><br>AYDIN T. ONER,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>    Defendants - Appellees. | No. 15-15506<br><br>D.C. No. 2:14-cv-01604-JCM<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

    A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay the docketing and filing fees for this appeal to the District Court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Cyntharee K. Powells
Deputy Clerk